IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60219
Conference Calendar
_____

OSEAS MOISES ALVAREZ,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A 70 661 937
- - - - - - - - - - -
October 21, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Oseas Moises Alvarez petitions for review of the Board of
Immigration Appeals' decision dismissing his appeal from the
immigration judge's decision to deny his application for asylum
and for a withholding of deportation.  We have reviewed the
record and the briefs and determine that the Board's decision is
supported by substantial evidence.  See Carbajal-Gonzalez v. INS,
78 F.3d 194, 197 (5th Cir. 1996).  The petition for review is
DENIED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.